**Order entered January 9, 2023**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01000-CV

### AMY E. EDWARDS, Appellant

### V.

### DALCOR SKYLINE LTD. D/B/A SKYLINE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03182-E**

### ORDER

The clerk's record in this case is overdue. By postcard dated November 22, 2022, we notified the Dallas County Clerk that the clerk's record was overdue and directed him to file the clerk's record within ten days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the

clerk's record and that appellant has been found not entitled to proceed without payment of costs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE